JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| CARLOS VALLONE | Case No. 5:16-CV-02531-CAS(DTBx) |
|---|---|
| Plaintiff, | |
| v. | **[PROPOSED]** ORDER FOR DISMISSAL OF THE COMPLAINT AS TO ALL PARTIES AND ALL CAUSES OF ACTION, WITH PREJUDICE PURSUANT TO FRCP RULE 41 |
| ANTHONY JONES; UNITED VAN LINES, LLC; and DOES 1 to 100, inclusive, | |
| Defendants. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

Pursuant to the Stipulations of the Parties and in accordance with Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii), the above-entitled action is dismissed as to all defendants and as to all causes of action, with prejudice.

**IT IS SO ORDERED.**

DATED: December 14, 2017

_____
HON. CRISTINA A. SNYDER